UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:15-CV-3091-G (BK) |
| SAMUEL FELDER, JR., # 2878-15, ) | |
| ) | |
| Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The district court reviewed the proposed findings, conclusions and recommendation for plain error.  Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that this action is **REMANDED** *sua sponte* to the 40th Judicial District Court of Ellis County.  *See* 28 U.S.C. § 1455(b)(4).  The clerk of court shall effect the remand according to the usual procedure.

October 29, 2015.

*[signature: A. Joe Fish]*

A. JOE FISH
**Senior United States District Judge**